AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

The Board of Trustees

    Plaintiff (s),

V.

City Rise, Inc.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __14-05648 VC MED__

Notice is hereby given that, subject to approval by the court, __City Rise, Inc. dba E.D. Safety Service__ substitutes
(Party (s) Name)

__James Nelson__, State Bar No. __116442__ as counsel of record in
(Name of New Attorney)

place of __Frank Radoslovich__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Greenberg Traurig, LLP |
| Address: | 1201 K Street, Suite 1100, Sacramento, CA 95814 |
| Telephone: | (916) 442-1111     Facsimile (916) 448-1709 |
| E-Mail (Optional): | nelsonj@gtlaw.com |

I consent to the above substitution.

Date: 12/22/15

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __December 18, 2015__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __January 5, 2016__

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]