℅AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

| The Board of Trustees | | |
|---|---|---|
| Plaintiff (s), | | **CONSENT ORDER GRANTING** |
| V. | | **SUBSTITUTION OF ATTORNEY** |
| City Rise, Inc. | | |
| Defendant (s), | | CASE NUMBER: 14-05648 VC MED |

Notice is hereby given that, subject to approval by the court, __E.D. Safety Services, Inc.__ substitutes
(Party (s) Name)

__James Nelson__, State Bar No. __116442__ as counsel of record in
(Name of New Attorney)

place of __Frank Radoslovich__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Greenberg Traurig, LLP
Address: 1201 K Street, Suite 1100, Sacramento, CA 95814
Telephone: (916) 442-1111   Facsimile (916) 448-1709
E-Mail (Optional): nelsonj@gtlaw.com

I consent to the above substitution.
Date:                                12/27/15
(Signature of Party)

I consent to being substituted.
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: December 18, 2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 5, 2016
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]