AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

The Board of Trustees

Plaintiff(s),

V.

City Rise, Inc.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14-05648 VC MED

Notice is hereby given that, subject to approval by the court, City Rise, Inc. substitutes
(Party(s) Name)

James Nelson , State Bar No. 116442 as counsel of record in
(Name of New Attorney)

place of Frank Radoslovich
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Greenberg Traurig, LLP

Address: 1201 K Street, Suite 1100, Sacramento, CA 95814

Telephone: (916) 442-1111   Facsimile (916) 448-1709

E-Mail (Optional): nelsonj@gtlaw.com

I consent to the above substitution.

Date: 12/22/15

(Signature of Party)

I consent to being substituted.

Date:

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: December 18, 2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 5, 2016

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]